UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Honeywell, Inc.,

Plaintiff,

vs.

The Charles Stark Draper Laboratory, Inc.,

Defendant.

**Case No. 01 CV 223 DSD/JMM**

**(~~PROPOSED~~) ORDER**

WHEREAS, the above captioned matter was commenced by the filing of a complaint on February 6, 2001; and

WHEREAS, the Court is advised that plaintiff Honeywell International, Inc. ("Honeywell") is serving and will file with the Court a Motion for Temporary Restraining Order and supporting memorandum, declarations and proposed order (hereinafter "Honeywell's TRO filing"); and

WHEREAS, Honeywell's Motion for Temporary Restraining Order is set for hearing before the Honorable David Doty on Monday, February 12, 2001, at 2:30 p.m.; and

WHEREAS, Honeywell's TRO filing contains information which Honeywell considers confidential business information, including information about customers, potential business transactions, royalty rates, royalty payments, and business strategies; and

WHEREAS, Honeywell believes that it may experience competitive harm if the materials in its TRO filing are disclosed to third parties as a result of their being placed in the public court file; and

FEB 07 2001

WHEREAS, the Court is advised that the defendant is in the process of being served but has not yet appeared or retained counsel, so the parties have not had an opportunity to prepare and present to the Court a proposed Confidentiality Order dealing with this issue.

NOW, THEREFORE, this Court enters the following Confidentiality Order:

1. Plaintiff Honeywell may file its TRO Filing under seal with the Clerk of District Court, in a sealed envelope bearing the following legend:

FILED UNDER SEAL PURSUANT TO ORDER DATED FEBRUARY 7, 2001

2. Defendant may file any responsive papers in the same way and bearing the same legend if it chooses to do so;

3. This Order concerns only the filings in connection with Honeywell's Motion for a Temporary Restraining Order, is subject to any further orders entered by Judge Doty at the hearing on February 12, 2001, and is entered with the expectation that the parties will promptly meet and confer and submit to the Court, if appropriate, a stipulated Confidentiality Order governing further proceedings in this case;

4. This Order shall remain in effect through February 21, 2001, without prejudice to any party's rights to extend or shorten the duration of this Order.

SO ORDERED

Dated: February 7, 2001

United States Magistrate Judge John M. Mason

M2:20365160.01