UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Honeywell International, Inc.,

Plaintiff,

v.

The Charles Stark Draper Laboratory, Inc.,

Defendant.

Court File No. 01-CV-223 (DSD/JMM)

ORDER

This matter came before the Court on February 12, 2001, on plaintiff Honeywell International, Inc.'s ("Honeywell") motion for temporary restraining order. Robert L. Schnell, Jr. and Rikke Dierssen-Morice of Faegre & Benson LLP appeared on behalf of Honeywell. Kenneth A. Cohen of Goodwin Procter LLP and Eric J. Nystrom of Lindquist & Vennum P.L.L.P. appeared on behalf of defendant The Charles Stark Draper Laboratory, Inc. ("Draper").

Based on the submission of the parties, the arguments of counsel, and pursuant to the agreement of the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. Until February 24, 2001, Draper is enjoined from terminating the Agreement for Micro-Mechanical Research, Technology Transfer and Product Development Amendment 1 ("Agreement") which is the subject of this litigation and from taking any action, direct or indirect, which violates Honeywell's exclusive license to the technology governed by the Agreement, including, but not limited to, undertaking any efforts to license the technology covered by the Agreement to any third party. Pursuant to this Order, the cure period under the Agreement is tolled for the duration of the temporary restraining order.

FILED 2-13-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

2. The parties will comply with the disclosure provisions of Rule 26(a) by February 23, 2001.

3. The timing requirements of Rule 26(d) of the Federal Rules of Civil Procedure is hereby lifted. The parties may begin taking discovery, including, but not limited to, interrogatories, document requests and depositions. A copy of answers and objections, if any, to interrogatories and document requests shall be served within 14 days after their service. Rule 6 of the Federal Rules of Civil Procedure shall govern computation of time as provided by this Order.

4. The parties will, prior to February 23, 2001, negotiate as to the terms of a proposed order providing for expedited discovery in this case, including both full party discovery and reasonable non-party discovery.

5. The parties will also negotiate the terms of a confidentiality order to propose to the Court.

6. The Court will schedule a hearing for Friday, February 23, 2001, in this matter. At that hearing, the parties may propose, by agreement, or to the extent they have not agreed, in separate proposals, the terms of an expedited discovery order to govern the next 45 days. At that hearing, Draper will indicate whether it will agree to maintain the standstill agreement arrangement embodied in this Order. If it does not agree to do so, Honeywell may move for a preliminary injunction, the Court will schedule a hearing to consider that motion, and in the interim, the standstill agreement referred to herein shall remain in place.

7. Draper will dismiss the Massachusetts federal court case it filed against Honeywell without prejudice.

Dated: February 12, 2001

BY THE COURT:

David S. Doty
United States District Court Judge

1366052/v1