**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Honeywell International, Inc.,

Plaintiff,

v.

The Charles Stark Draper Laboratory, Inc.,

Defendant.

---

Court File No. 01-CV-223 (DSD/JMM)

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on February 12, 2001, the Honorable David S. Doty entered an order pursuant to the agreement of the parties that required the parties to comply with the disclosure requirements of Rule 26(a) of the Federal Rules of Civil Procedure by February 23, 2001, required the parties to negotiate as to the terms of an expedited discovery order by February 23, 2001, established a hearing on February 23, 2001 in this matter, and enjoined The Charles Stark Draper Laboratory, Inc. ("Draper") until February 24, 2001, on terms set forth more fully in the order; and

WHEREAS, Honeywell International, Inc. ("Honeywell") has been advised that Kenneth A. Cohen and the firm of Goodwin Procter LLP has withdrawn as counsel for Draper as the result of a conflict and that new counsel for Draper has been retained and will shortly appear in this matter,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the Court may enter the following Order:

FEB 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT [illegible]
DEPUTY CLERK

1. All the dates in this Court's order of February 12, 2001 ("the Order"), are hereby extended for a period of 14 days so that the injunction set forth in paragraph 1 of the Order now extends until March 10, 2001, the requirements in paragraphs 2 and 4 of the Order (referring to the compliance with Rule 26(a) disclosure requirements and negotiation of an expedited discovery order) now must be met by March 9, 2001, and the hearing previously set for February 23, 2001, is now reset for March 9, 2001.

2. Except to the extent the dates set forth in the Order have been modified by this stipulation and order, the Order remains in full force and effect as originally entered.

Dated: February 22, 2001.

FAEGRE & BENSON LLP

Robert L. Schnell, Jr. (97329)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000

Dated: February 23, 2001.

LINDQUIST & VENNUM P.L.L.P.

Eric J. Nystrom (19489X)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211

SO ORDERED.

Dated: February 26, 2001.

BY THE COURT

David S. Doty
United States District Judge

M2:20370732.01