UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Honeywell International, Inc.,

Plaintiff,

v.

The Charles Stark Draper Laboratory, Inc.,

Defendant.

Court File No. 01-CV-223 DSD/JMM

STIPULATION AND ORDER
FOR EXTENSION OF TIME

WHEREAS, plaintiff Honeywell International, Inc. ("Honeywell") commenced this action on February 6, 2001, and defendant The Charles Stark Draper Laboratory, Inc.'s ("Draper") answer is due on February 26, 2001; and

WHEREAS, Draper has recently been required to retain new Boston counsel; and

WHEREAS, Draper's Boston counsel has principal responsibility for the defense of Honeywell's lawsuit; and

WHEREAS, as a result of its retention of new Boston counsel, Draper has requested a brief extension to respond to Honeywell's complaint.

NOW, THEREFORE, the parties agree as follows:

1. Draper shall have until March 9, 2001 in which to answer, move or otherwise plead in response to Honeywell's complaint; and

2. The Court may enter this stipulation as its order.

FEB 27 2001

Dated: February 26, 2001

FAEGRE & BENSON LLP

By: ______________________
Robert L. Schnell, Jr., #97329
Rikke Dierssen-Morice, #237826

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000
Facsimile: (612) 336-3026

Attorneys for Plaintiff
Honeywell International, Inc.

Dated: February 26, 2001

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Eric J. Nystrom, #19489X

4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

Attorneys for Defendant
The Charles Stark Draper Laboratory, Inc.

SO ORDERED.

Dated: February 27, 2001

BY THE COURT:

______________________
John M. Mason
United States Magistrate Judge

1370809/v1