**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Honeywell International, Inc.,

Plaintiff,

vs.

The Charles Stark Draper Laboratory, Inc.,

Defendant.

**Civil No. 01-CV-223 DSD/JMM**

**THE PARTIES' STIPULATION AND SCHEDULING ORDER**

---

**STIPULATION**

The parties hereto agree that the attached scheduling order, if approved by the Court, shall constitute the pretrial schedule and be deemed to satisfy the obligations of the parties and the Court under Rules 16 and 26(f) of the Rules of Civil Procedure and Local Rule 16.2.

Dated: March 20, 2001

FAEGRE & BENSON LLP

Robert L. Schnell, Jr., #97329
Rikke Dierssen-Morice, #237826
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR PLAINTIFF

FILED APR 0 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 3/20, 2001

LINDQUIST AND VENNUM PLLP

Eric J. Nystrom (#19489X)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

TODD & WELD LLP
Kevin T. Peters
28 State Street
Boston, MA 02109

ATTORNEYS FOR DEFENDANT

**PRETRIAL SCHEDULING ORDER**

1. All Discovery shall be completed by August 15, 2001 including service and response to interrogatories, document requests, requests for admission, and scheduling and taking depositions. Any and all methods of discovery may commence immediately and the date of commencement is not otherwise restricted the Federal Rules of Civil Procedure. The parties agree that the limitations provided in Rule 30(d)(2) will be suspended for three depositions per party. The limitations provided in Rule 30(d)(2) shall apply to the remaining depositions.

2. Without prior approval of the Court on a showing of good cause, each party is limited to 35 interrogatories, 25 requests for admissions, and 15 depositions.

3. Without prior approval of the Court on a showing of good cause or by stipulation between the parties, each party is required to respond to interrogatories, document requests, and requests for admissions within 14 calendar days.

4. Without prior approval of the Court on a showing of good cause, each party is limited to calling two expert witnesses at trial. The identity of each party's expert witness(es) will be disclosed by May 10, 2001. The identity of any rebuttal expert witnesses will be disclosed by June 1, 2001. All expert reports will be exchanged by the parties by July 23, 2001

5. The parties shall be ready for trial to begin as early as September 10, 2001, and shall jointly request that the Court schedule this matter for trial as the first case out commencing September 10, 2001 if the Court's calendar so permits. If the Court is unable to hear this matter commencing September 10, 2001, the parties respectfully request that the matter be scheduled to commence on the next available date. The

parties expect that the trial of this matter will take ten (10) days. Pursuant to Local Rule 39.1(a), the Court will provide counsel notice at least 21 days before the first case on the civil calendar is called.

6. Without prior approval of the Court on a showing of good cause, each party is to serve on each other one copy and file with the Court two copies of each of the following at least 10 days before the first case on the civil calendar is to be called for trial: Trial Brief, Exhibit List, Witness List, List of Deposition Testimony, Motions in Limine, and Proposed Findings of Fact and Conclusions of Law.

7. The parties shall make the trial exhibits available for copying at least 14 days prior to the date the first case on the civil calendar may be called for trial.

8. Witness Lists shall include a short statement of the substance of the expected testimony of each witness.

9. Lists of Deposition Testimony shall designate those specific parts of deposition to be offered at trial. Any party who wishes to object to deposition testimony shall submit a list of objections at least 5 days before the first case on the civil calendar is to be called for trial.

10. The deadline for scheduling and hearing non-dispositive motions is August 24, 2001.

11. The deadline for scheduling and hearing dispositive motions is August 31, 2001. With the Court's approval, a dispositive hearing will be scheduled for August 31, 2001. All briefs will be submitted to the Court by August 17, 2001 with the following due dates: The opening motion papers will be served and filed on July 27, 2001. The responding motion papers will be served and filed on August 10, 2001. The reply motion papers will be served and filed on August 17, 2001.

Dated: April 3, 2001

JOHN M. MASON
U.S. Magistrate Judge