UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HONEYWELL INTERNATIONAL, INC.,

Plaintiff,

v.

THE CHARLES STARK
DRAPER LABORATORY, INC.,

Defendant.

CIVIL NO. 01-223 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 18, 2001 upon Plaintiff's Motion for Protective Order [Docket No. 22]. Rikke Dierssen-Morice, Esq. appeared on behalf of Plaintiff; Eric Nystrom, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order [Docket No. 22] is granted in part. The Court has by separate Order entered the Protective Order proposed by Plaintiff. The Motion is denied in all other respects.

Dated: April 25, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

That Protective Order is without prejudice to the right of any Party to seek to modify the Order by Motion as to particular documents, or generally, if the experience of the Parties acting under the Order has the result of interfering with the legitimate objective

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

of any Party seeking discovery, or seeking to protect confidential information, or for any other valid reason. The Parties shall first comply with the provisions of Local Rule 37.1. The provisions of Rule 37(a)(4) will apply to any such Motion. See also Rule 26(g).

J.M.M.