241082

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-223 (DSD/JMM) **Case Title:** Honeywell International, Inc. v. The Charles Stark Draper Laboratory, Inc.

**Affidavit of Movant**

I, Eric J. Nystrom, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kathleen M. Genova an attorney admitted to practice in the ____________ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ~~( )plaintiff~~ (x)defendant The Charles Stark Draper Laboratory, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation of the case(s) listed below, and that I accept service of all papers served.

[signature] 19489X 7/2/01

Signature Eric J. Nystrom — MN Attorney License # — Date

**Affidavit of Proposed Admittee**

I, Kathleen M. Genova, am currently a member in good standing of the U.S. District Court for the ____________ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Kathleen M. Genova — [signature] — 6/25/01

Type/Print Name — Signature — Date

Attorney License Number: MA BBO # 563359

Law Firm Name & Address: Todd & Weld LLP
28 State Street
Boston, MA 02109

Telephone: ( ) 617-720-2626

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUL 06 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/98

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________